AO 257 (Rev. 6/78)

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

10 years imprisonment;  $250,000 fine; 3 years supervised release; special assessment of $100

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, If any)

ALCOHOL, TOBACCO, FIREARMS AND EXPOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WADE RHYNE, AUSA

---

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### DEFENDANT - U.S.

▶ MITCHELL CHARLES VINCENT

DISTRICT COURT NUMBER

**CR08-0034** MJJ

FILED
JAN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☑ State

If answer to (6) is "Yes", show name of Institution

Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☑ No
} If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year  12/14/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: OAKLAND

E-filing

## UNITED STATES OF AMERICA,

## V.

MITCHELL CHARLES VINCENT,
(a/k/a Mitchell Charles Vincent Jr.),

CR08-0034          MJJ

### DEFENDANT.

# INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of a
Firearm and Ammunition

FILED
2008 JAN 24  PM 1:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A true bill.

_____ Foreman

Filed in open court this _24th_ day of
_January 2008_

_____ Clerk

Bail, $ _____

No bail warrant



1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney

2

FILED

2008 JAN 24 PM 1:46

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

4  E-filing

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11                                          CR08-0034 M.,

12  UNITED STATES OF AMERICA,        )    No.
                                     )
13         Plaintiff,                )    VIOLATION:  18 U.S.C. § 922(g)(1) –
                                     )    Felon in Possession of a Firearm and
14         v.                        )    Ammunition
                                     )
15  MITCHELL CHARLES VINCENT         )
    (a/k/a Mitchell Charles Vincent Jr.), )
16                                   )    OAKLAND VENUE
           Defendant.               )
17                                   )
                                     )
18  _____

19

20                       I N D I C T M E N T

21  The Grand Jury charges:

22      On or about December 14, 2007, in the Northern District of California, the defendant,

23                     MITCHELL CHARLES VINCENT
                     (a/k/a Mitchell Charles Vincent Jr.),

24

25  having previously been convicted of a felony crime punishable by a term of imprisonment

26  exceeding one year, did knowingly possess, in and affecting interstate commerce, the following

27  firearm and ammunition: (1) a Ruger, Model Standard, .22 Caliber Semi-Automatic pistol, serial

28  number 92872; and (2) eleven rounds of CCI .22 caliber ammunition; all in violation of Title 18,

INDICTMENT

1 | United States Code, Section 922(g)(1).

2

3 | DATED: January 24, 2008                    A TRUE BILL.

4

5 |                                           FOREPERSON

6 | JOSEPH P. RUSSONIELLO
  | United States Attorney

7

8

9 | W. DOUGLAS SPRAGUE
  | Chief, Oakland Branch

10

11 | (Approved as to form:

12 | AUSA WADE M. RHYNE )

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT