

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*WADE M. RHYNE*
*Assistant United States Attorney*
*Telephone: (510) 637-3680*
*Facsimile: (510) 637-3724*
*E-Mail: wade.rhyne@usdoj.gov*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340S*
*Oakland, California 94612-5217*

January 24, 2008

VIA HAND DELIVERY

The Honorable Wayne D. Brazil
United States Magistrate Judge
1301 Clay Street
Oakland, CA 94612

    Re: United States v. Mitchell Charles Vincent, CR08-0034 MJJ

Dear Honorable Judge Brazil:

    The United States requests that this matter be placed on your calendar for January 29, 2008 at 10:00 a.m. for an initial appearance. The defendant is currently in the State's custody on state charges. We anticipate the State to drop those charges on January 28, 2008. The defendant will not need the assistance of a Spanish language interpreter.

                          Very truly yours,

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

By: _____
       WADE M. RHYNE
       Assistant U.S. Attorney