| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | SHAWN HALBERT |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, California 94607-3627 |
| 4 | Telephone (510) 637-3500 |
| 5 | Counsel for Defendant MITCHELL VINCENT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Nos. CR 08-00034 MJJ |
|---|---|---|
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) | |
| MITCHELL CHARLES VINCENT, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Shawn Halbert, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: February 6, 2008

                                              Respectfully submitted,

                                            BARRY J. PORTMAN
                                            Federal Public Defender

                                            /S/

                                            SHAWN HALBERT
                                            Assistant Federal Public Defender

Notice of Attorney Appearance
Nos. CR 08-00034 MJJ