IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>MITCHELL CHARLES VINCENT,<br><br>              Defendant.                    / | No. CR 08-00034 CW<br><br>CLERK'S NOTICE SETTING HEARING ON REASSIGNED CRIMINAL CASE |

The above-captioned case having been reassigned to Judge Claudia Wilken,

Notice is hereby given that a trial setting hearing will be held on **March 12, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Notice is further given that counsel shall appear before **Magistrate Judge Wayne D. Brazil on February 21, 2008, at 10:00 a.m.** to waive speedy trial time between February 21, 2008, and March 12, 2008.

Dated: 2/19/08

*Sheilah Cahill*
—————————————
SHEILAH CAHILL
Deputy Clerk

cc: U.S. Marshal; WDB/Ivy