UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 3/12/08**

**Plaintiff:** United States

**v.**                                                              **No.** CR-08-00034 CW

**Defendant:** Mitchell Charles Vincent (present - in custody)


**Appearances for Plaintiff:**
Wade Rhyne

**Appearances for Defendant:**
Shawn Halbert

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Trial Setting (initial app.)**

**Notes:**    This was the defendant's first appearance before District Judge.  Matter will be resolved through change of plea.  Defense just received plea agreement and defendant will either plea pursuant to plea agreement or open plea.  No pretrial motions to file.  **Case continued to 4/2/08 at 2:00 p.m. for disposition or trial setting.**  Time excluded for effective preparation.

Copies to: Chambers