BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500

Counsel for Defendant VINCENT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 08-00034 CW |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE HEARING DATE FROM APRIL 2, 2008 TO JUNE 4, 2008 AND FOR EXCLUSION OF TIME; ORDER FOR PREPARATION OF CRIMINAL HISTORY PRE-PLEA REPORT **AS MODIFIED** |
| MITCHELL CHARLES VINCENT, | ) | |
| Defendant. | ) | |

Defendant Mitchell Charles Vincent is scheduled to appear in court on Wednesday, April 2, 2008 for change of plea or setting. The parties believe that they have reached an agreement pursuant to Rule 11(c)(1)(C) and agree that it would be beneficial to have a Pre-Plea Presentence Investigation Report calculating only criminal history. Thus, the parties request that the Court order that U.S. Probation prepare a Pre-plea Presentence Investigation report and that the next court date in this matter be continued to June 4, 2008 (or some date thereafter convenient to the Court) for change of plea and sentencing. As the government will submit the proposed plea agreement to the Court, the parties further stipulate and agree that the time between April 2, 2008 and June 4, 2008 should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(I) for

- 1 -

consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

SO STIPULATED.

Dated: April 1, 2008        /S/
                            _____
                            SHAWN HALBERT
                            Assistant United States Attorney

SO STIPULATED.

Dated: April 1, 2008        /S/
                            _____
                            WADE RHYNE
                            Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the above-captioned matter, which is currently set for April 2, 2008 for setting or change of plea, be continued to **June 11, 2008**, at 2:00 p.m.

IT IS FURTHER ORDERED THAT U.S. Probation shall prepare a Pre-Plea Presentence Investigation Report calculating only criminal history and shall submit such report to the parties and the Court no later than May 28, 2008.

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the time between April 2, 2008 and **June 11, 2008** should be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(I) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

Dated: April 1, 2008        _____
                            CLAUDIA WILKEN
                            United States District Judge

cc: U.S. Probation