1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  19th Floor Federal Building-Box 36106
   450 Golden Gate Ave.
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5
   Counsel for Defendant VINCENT
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )    No. CR-08-0034  CW
                                       )
11              Plaintiff,             )
                                       )
12  vs.                                )    NOTICE OF SUBSTITUTION OF
                                       )    ATTORNEY
13  MITCHELL CHARLES VINCENT,          )
                                       )
14              Defendant.             )
    _____)
15

16          The Federal Public Defender was previously appointed as counsel for defendant in the

17  above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a),

18  undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general

19  appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.

20  Counsel's contact information is listed above.

21  Dated: May 14, 2008
                                    Respectfully submitted,
22
                                    BARRY J. PORTMAN
23                                  Federal Public Defender

24                                          /S/

25                                  NED SMOCK
                                    Assistant Federal Public Defender
26

Notice of Substitution of Attorney          1