1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant MITCHELL CHARLES VINCENT
6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-08-0034 CW
                                       )
12              Plaintiff,             )    **STIPULATION AND ~~[PROPOSED]~~**
                                       )    **ORDER FOR CONTINUANCE AND**
13  vs.                                )    **EXCLUSION OF TIME UNDER THE**
                                       )    **SPEEDY TRIAL ACT, 18 U.S.C. 3161 ET.**
14  MITCHELL CHARLES VINCENT,          )    **SEQ.**
                                       )
15              Defendant.             )    Current Date: June 11, 2008
    _____)    Requested Date: June 18, 2008
16

17         The parties in the above-captioned matter are scheduled to appear before the Court on

18  June 11, 2008**.**  The parties stipulate and agree that the matter should be continued to June 18,

19  2008 because new defense counsel will be out of the country on the currently scheduled date.  In

20  addition, because counsel recently substituted in to the case, counsel needs time to review

21  discovery, discuss the case with the defendant, and perform relevant legal research.  For the

22  foregoing reasons, the parties further stipulate and agree that the ends of justice are served by the

23  continuance requested herein outweigh the best interest of the public and the defendant in a

24  speedy trial because the failure to grant the continuance would deny the counsel for the defendant

25  //

26  //

Stip re: Continue and Exclude Time          1

1   the reasonable time necessary for effective preparation and would deny the defendant continuity

2   of counsel, taking into account the exercise of due diligence.  The parties therefore stipulate and

3   agree that time should be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4

5   __May 29, 2008_____                    _____/s/_____
    Date                                        Ned Smock
6                                               Assistant Federal Public Defender

7   __May 29, 2008_____                    _____/s/_____
    Date                                        Wade M. Rhyne
8                                               Assistant United States Attorney

9

10          Based on the reasons provided in the stipulation of the parties above, the Court hereby

11  FINDS that the ends of justice served by the continuance requested herein outweigh the best

12  interest of the public and the defendant in a speedy trial because the failure to grant the

13  continuance would deny the counsel for the defendant the reasonable time necessary for effective

14  preparation and deny the defendant continuity of counsel, taking into account the exercise of due

15  diligence.  The Court makes this finding because new defense counsel recently substituted into

16  the case.  Defense counsel needs time to review discovery, meet with the defendant, and perform

17  legal research.

18          Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter

19  is continued to June 18, 2008, and that time is excluded from June 11, 2008 to June 18, 2008

20  pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

21          IT IS SO ORDERED.

22          6/9/08

23  _____           _____
    Date                                    Honorable Claudia Wilken
24                                          Judge, United States District Court
                                            Northern District of California
25

26