# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT __OF CALIFORNIA__

## Defendant's Waiver of Preparation of Presentence Investigation and Report

CR-08-00034 CW

FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I, __Mitchell Charles Vincent__ hereby waive
(Name of Defendant)

my right to have the probation officers of the United States District Courts conduct a presentence investigation for presentation to the sentencing court. This investigation which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form. No promise has been made to me as to what the final disposition of my case will be.

__6/18/08__
(Date)

__Mitchell Vincent__
(Signature of Defendant)

_____
(Defendant's Attorney)

Prob. 13C (1/76)